now, and at the time of his enlistment, under the age of twenty-one years, and having been enlisted without the consent of his father, Joseph Calloway. Witness my hand at Dover, this seventh day of August in the year of our Lord one thousand eight hundred and twenty.

(Signed)   *Nicholas Ridgely.*

[NOTE.]   The writ of *habeas corpus* may be awarded and issued on a Sunday. The Act of Assembly requires that it shall be awarded, under a high penalty, on an appeal or complaint being made to the Chancellor or a judge in writing. See 2 Del.Laws 1057, 1059, s. 6.

**EZEKIEL COOPER, JR., acting Executor of Richard Cooper, Esq., v. CHARLES BUCKMASTER et al.**

Court of Chancery.   Kent.   August 17, 1820.

*Ridgely's Notebook III, 195.*

**DENNIS McCREEDY, BERNARD McCREEDY and JACOB BURNS v. THOMAS NEWLIN, MARY ANN PAUL, JANE BARKER and EDWARD BARKER.**

Court of Chancery.   New Castle.   August 26, 1820.

*Ridgely's Notebook III, 207.*